2:18-cr-00062-JDL

**Indictment Synopsis**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2018 APR 27 P 1:53

DEPUTY CLERK

| | |
|---|---|
| **Name:** | Abdirashid Ahmed |
| **Address:** (City & State Only) | Lewiston, Maine |
| **Year of Birth and Age:** | 1980 ; 38 years old |
| **Violations:** | Count One: Conspiracy to Commit Health Care Fraud, in violation of 18 USC 1349<br><br>Count Two: Conspiracy to Defraud the United States, in violation of 18 USC 371<br><br>Counts Three,-Five, Seven: Receiving Health Care Kickbacks, in violation of 42 USC 1320a-7b |
| **Penalties:** | Count One: Imprisonment of not more than 10 years (18 U.S.C. §1347), and a fine not to exceed two hundred fifty thousand dollars ($250,000), or both. 18 U.S.C. § 3571(b)(3)<br><br>This count is a Class C felony pursuant to 18 U.S.C.§3559(a)(3)<br><br>Count Two: Imprisonment of not more than 5 years (18 U.S.C. §371), and a fine not to exceed one hundred thousand dollars ($250,000) and costs of prosecution, or both. (18 U.S.C. §3571(b)(3)).<br><br>This count is a Class D felony pursuant to 18 U.S.C.§3559(a)(4)<br><br>Counts Three-Five, Seven: Imprisonment of not more than 5 years, and a fine not to exceed twenty- five thousand dollars ($25,000), or both. 42 U.S.C. § 1320a-7b(b)<br><br>Each count is a Class D felony pursuant to 18 U.S.C.§3559(a)(4) |
| **Supervised Release:** | Each Count: Not more than 3 years, 18 USC §3583(b)(2) |

|  |  |
|---|---|
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Each Count: Not more than 2 years, 18 USC §3583(e) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Each Count: 3 Years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583. |
| **Defendant's Attorney:** |  |
| **Primary Investigative Agency and Case Agent Name:** | S/A Thomas McDonald, FBI |
| **Detention Status:** | Warrant Requested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Daniel J. Perry |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | Mainecare |
| **Assessments:** | $100 per count |