# UNITED STATES DISTRICT COURT
## District of Maine

### Witness List

| Case Name:  USA v. Abdirashi Ahmed<br>Case No.:  2:18-cr-00062-JDL-001 | | Proceeding Type:<br>Motion Hearing |
|---|---|---|
| Presiding Judge:  John H. Rich III<br>            U.S. Magistrate Judge | Government's Attorney:<br><br>Daniel J. Perry, AUSA | Defendant's Attorney:<br><br>Peter E. Rodway, Esq. |
| Courtroom Deputy:  Amy Rydzewski (6/13/18) and Stacey Graf (7/18/18) | | |
| Court Reporter:  FTR (6/13/18) and Lori Dunbar (7/18/18) | | |

| Gvt | Dft | Date | WITNESS |
|---|---|---|---|
|  | x | 6/13/18 | Abdifatah Ahmed |
|  | x | 7/18/18 | Anthony Quatrano |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |