UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:   USA v. Abdirashi Ahmed

DOCKET NO:   2:18-cr-00062-JDL-001

PROCEEDING TYPE: Motion Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | 1 |  | Letter from The Imam dated 6/14/18 | 7/18/18 | 7/18/18 |  | 7/18/18 |
| 1 |  |  | FBI report dated 7/11/18 | 7/18/18 | 7/18/18 |  | 7/18/18 |
|  | 2 |  | Mr. Quatrano's notes with attached letter from The Imam | 7/18/18 | 7/18/18 |  | 7/18/18 |