UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Criminal No. 2:18-cr-62-JDL |
| ) | |
| ABDIRASHID AHMED, et.al. ) | |

ORGANIZATIONAL DISCLOSURE STATEMENT
(RULE 12.4(a)(2))

The United States of America, by its attorneys, Halsey B. Frank, United States Attorney for the District of Maine, and Daniel J. Perry, Assistant United States Attorney, respectfully submits the following information regarding an organizational victim in this case.

The State of Maine Mainecare program and the United States of America are victims of the offenses alleged in the Superseding Indictment in this case.

Date:   November 20, 2018

Halsey B. Frank
United States Attorney

/s/ Daniel J. Perry
Assistant United States Attorney
United States Attorney's Office
100 Middle Street, 6th Floor, East Tower
Portland, Maine 04101
(207) 780-3257
dan.perry@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2018 I electronically filed this **Organizational Disclosure Statement** with the Clerk of Court using the CM/ECF system.

    Halsey B. Frank
    United States Attorney

    /s/ Daniel J. Perry
    Assistant United States Attorney
    United States Attorney's Office
    100 Middle Street, 6th Floor, East Tower
    Portland, Maine 04101
    (207) 780-3257
    dan.perry@usdoj.gov