UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. Abdirashid Ahmed

DOCKET NO:  2:18-cr-62-JDL-001

PROCEEDING TYPE: Bail Revocation Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1-5 | | | Photos of USPO ankle bracelet | 1/23/19 | 1/23/19 | | 1/23/19 |
| 6 | | | 1/7/2019, Letter re BI ExacuTrack One device | 1/23/19 | 1/23/19 | | 1/23/19 |
| 8 | | | Home Confinement Program Participant Agreement | 1/23/19 | 1/23/19 | | 1/23/19 |
| 9 | | | Undamaged ankle bracelet | 1/23/19 | | | |
| 10 | | | Damaged ankle bracelet | 1/23/19 | | | |
| 11 | | | US Probation and Pretrial Services Notice of Bail Violation | 1/23/19 | 1/23/19 | | 1/23/19 |