UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. Nancy Ludwig

DOCKET NO:  2:18-cr-00062-JDL-3

PROCEEDING TYPE: Frye Colloquy

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
|  |  | 1 | SEALED DOCUMENT | 6/10/2019 | 6/10/2019 |  | 6/10/2019 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |