**UNITED STATES DISTRICT COURT**

District of Maine

**Witness List**

| Case Name:  USA v. Nancy Ludwig | Proceeding Type: |
| Case No.:  2:18-cr-00062-JDL-3 | Jury Trial |

| Presiding Judge: Jon D. Levy, Chief U.S. District Judge | Government's Attorney: | Defendant's Attorney: |
| Courtroom Deputy:  Amy Rydzewski | Daniel J. Perry, AUSA | Roger F. Brunelle, Jr., Esq. |
| Court Reporter:  Lori Dunbar | Patricia K. Poulin, Esq. | |

| Gvt | Dft | Date | WITNESS |
|-----|-----|------|---------|
| X | | 6/10/2019<br>6/13/2019 | S/A Brian Pellerin, United States Health and Human Services-OIG |
| X | | 6/13/2019 | Patrick Bouchard |
| X | | 6/10/2019 | William Logan |
| X | | 6/12/2019 | Kelly Parnell |
| X | | 6/11/2019 | Edward Pontius, M.D. |
| X | | 6/13/2019 | Heather Borst |
| X | | 6/11/2019 | Brittany Harrington |
| X | | 6/12/2019 | Paul Grazia |
| X | | 6/13/2019 | Virginia Beauchesne |
| X | | 6/10/2019<br>6/11/2019 | Danielle Defosse-Strout |
| X | | 6/12/2019 | Maria Maddalano |
| X | | 6/13/2019 | Lauren Stoye |
| X | | 6/12/2019 | Hodan Noor |

| X | | 6/12/2019 | Amina Abdi |
|---|---|---|---|
| X | | 6/12/2019 | Duad Lesow |
| X | | 6/12/2019 | S/AIC Roberto Coviello United States Health and Human Services-OIG |