UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

CASE NAME:  USA v. Nancy Ludwig

DOCKET NO:  2:18-cr-00062-JDL-3

PROCEEDING TYPE: Jury Trial

**Exhibit List**

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Facing Change Provider Agreement | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 2/2A | | | MaineCare Benefits Manual Ch. I 2017 | 6/10/2019 | 6/10/2019 | X | |
| 3 | | | MaineCare Benefits Manual Ch. 1 2014 | 6/10/2019 | 6/10/2019 | X | |
| 5 | | | MaineCare Benefits Manual Sec. 17 (4.26.16) | 6/10/2019 | 6/10/2019 | X | |
| 6A | | | Ludwig Provider Enrollment Attestation | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 7 | | | Billing Sheets 2/15-5/1/16 | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 8 | | | Ludwig Memo 7/20/2017 | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 9 | | | Social Worker Regulations | 6/10/2019 | 6/10/2019 | X | 6/10/2019 |
| 10 | | | Billing Sheets submitted to PIU | 6/10/2019 | 6/13/2019 | | 6/13/2019 |
| 11 | | | MaineCare billing data | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 14 | | | Lemieux Email 12/14/16 | 6/13/2019 | 6/13/2019 | | 6/13/2019 |
| 18 | | | ***WITHDRAWN***  MaineCare Benefits Manual - Section 65 | 6/10/2019 | 6/10/2019 | X | |
| 20 | | | Muminia A. - Prodome 2016.4.11 Test | 6/13/2019 | 6/13/2019 | X | 6/13/2019 |
| 24 | | | Indices of Patient Charts | 6/10/2019 | | | |
| 25 | | | Hodan Patient file | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 26 | | | Hassan Patient file | 6/10/2019 | 6/10/2019 | | 6/10/2019 |

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 27 | | | Amina Patient file | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 28A - 28D | | | FBI Analyst Spreadsheets | 6/13/2019 | 6/13/2019 | X | 6/13/2019 |
| 29 | | | Amina Goldstar Record | 6/13/2019 | 6/13/2019 | X | 6/13/2019 |
| 32 | | | Daud Patient File | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 32A | | | Daud Patient File – Paper Copies | 6/10/2019 | | | |
| 33A | | | DDS Billing Sheets 2015.2.11 | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 33B | | | DDS Billing Sheets 2016.12.23 | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 34C | | | Photos from September 2016 PIU Site visit – White Board | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 34H | | | Photos from September 2016 PIU Site visit – Progress Notes | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 34M | | | Photo of Ms. Ludwig's Office | 6/13/2019 | 6/13/2019 | | 6/13/2019 |
| 34N | | | AC-OK | 6/13/2019 | 6/13/2019 | | 6/13/2019 |
| 36 | | | Daud Materials | 6/11/2019 | 6/11/2019 | | 6/11/2019 |
| 37 | | | Amina Materials | 6/11/2019 | 6/11/2019 | | 6/11/2019 |
| 38 | | | Hodan Materials - RESERVED | 6/11/2019 | 6/11/2019 | | 6/11/2019 |
| 39A | | | Hassan - Support Documents | 6/11/2019 | 6/11/2019 | | 6/11/2019 |
| 39B | | | Hassan - Clincial Letter 2016.05.31 | 6/11/2019 | 6/11/2019 | | 6/11/2019 |
| 40 | | | Productivity Spreadsheets | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 41 | | | Defosse-Strout calendar | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 42 | | | Summary Exhibit of Abdi scheduling conflicts | 6/13/2019 | 6/13/2019 | | 6/13/2019 |
| 43 | | | EFT printout | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 44 | | | Interpreter Sheet from Harrington's desk | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 45 | | | Ludwig Calendars | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 46 | | | 12/23/15 contract | 6/10/2019 | 6/10/2019 | | 6/10/2019 |

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 48 | | | Letter signed by Ludwig April 9, 2016 | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 50 | | | Box C letter | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 51A - 51F | | | Bank Records from Winthrop Credit Union | 6/13/2019 | 6/13/2019 | X | 6/13/2019 |
| 52A - 52E | | | Bank Records from Bangor Savings Bank | 6/13/2019 | 6/13/2019 | X | 6/13/2019 |
| 53A - 53H | | | Paychex records | 6/11/2019 | 6/11/2019 | X | 6/11/2019 |
| 54 | | | Transcript Grand Jury Testimony Danielle Defosse-Strout | 6/11/2019 | | | |
| 56 | | | Interpreter sheets - Abdi/Ludwig | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 67 | | | Stipulation | 6/12/2019 | 6/12/2019 | | 6/12/2019 |
| 71 | | | Rowla - progress note | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 72 | | | Summary chart of payments to Abdi 2/15-4/29/16 | 6/12/2019 | 6/12/2019 | | 6/12/2019 |
| 73A - 73C | | | Summary charts of Facing Change MaineCare claims 2015-2017 | 6/12/2019 | 6/12/2019 | | 6/12/2019 |
| 74 | | | Handwritten (Ludwig) spreadsheet - schizo patients | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 75 | | | KePro schizophrenia review sheets | 6/11/2019 | 6/11/2019 | | 6/11/2019 |
| 77 | | | Lemieux Letter | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 78 | | | Ludwig letter 9/18/17 | 6/13/2019 | 6/13/2019 | | 6/13/2019 |
| 79 | | | Notice of Violation/Audit Paperwork | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 81 | | | Notice of Changes to MaineCare Covered Services dated 3/1/2016 | 6/10/2019 | 6/10/2019 | X | 6/10/2019 |
| 84 | | | List of Abdi's client in February 2016 | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 84A | | | List of Abdi's client in February 2016 | 6/13/2019 | 6/13/2019 | | 6/13/2019 |
| 87 | | | Patient Specific Payments | 6/13/2019 | 6/13/2019 | | 6/13/2019 |
| 89 | | | 12/14/16 certificate of authenticity -Ludwig | 6/13/2019 | 6/13/2019 | | 6/13/2019 |

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 90 | | | Bouchard Letter 11/10/16 | 6/12/2019 | 6/12/2019 | | 6/12/2019 |
| 91 | | | Audit File | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 92 | | | DDS Evaluation | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 93A | | | Mohamud Prog Note 9/12/15 (redacted) | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 93-B | | | SEALED DOCUMENT | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 94 | | | Facing Change Schematic Diagram | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 95 | | | Key | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 96A | | | Photo of Facing Change Exterior | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 96B | | | Photo of Facing Change Entry Door | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 98A | | | DDS Plea Agreement | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 98B | | | SEALED DOCUMENT | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 99A | | | PG Plea Agreement | 6/12/2019 | 6/12/2019 | | 6/12/2019 |
| 99B | | | SEALED DOCUMENT | 6/12/2019 | 6/12/2019 | | 6/12/2019 |
| 102A | | | Brittany Harrington Pretrial Diversion Agreement | 6/11/2019 | 6/11/2019 | | 6/11/2019 |
| 102B | | | SEALED DOCUMENT | 6/11/2019 | 6/11/2019 | | 6/11/2019 |
| 103 | | | Progress Note 6.1.16 Mumina | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 104 | | | Progress Note 6.1.16 Mumina (HW) | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 105 | | | Progress Note 2.8.16 Hassan | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 106 | | | Progress Note 2.8.16 (HW) Hassan | 6/10/2019 | 6/10/2019 | | 6/10/2019 |
| 107 | | | Interpreter Sheet – Abdi 9/11/2015 | 6/13/2019 | 6/13/2019 | | 6/13/2019 |
| | 4 | | Nancy Ludwig Client List | 6/13/2019 | 6/13/2019 | | 6/13/2019 |
| | 273 | | Letter with Attached Spreadsheet | 6/11/2019 | 6/11/2019 | | 6/11/2019 |
| | 274 | | Transcript Brittany Harrington Grand Jury Testimony | 6/11/2019 | 6/11/2019 | | 6/11/2019 |

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 275 | | AG Healthcare Crimes Incident Report 8/9/2016 | 6/12/2019 | | | |
| | 276 | | Page of Transcript Duad Grand Jury Testimony | 6/12/2019 | | | |
| | 277 | | Page of Transcript Hodan Grand Jury Testimony | 6/12/2019 | | | |
| | 278 | | Interpreter Billing Sheets | 6/13/2019 | 6/13/2019 | | 6/13/2019 |
| | 279 | | List of Facing Change Employees | 6/13/2019 | 6/13/2019 | | 6/13/2019 |
| | | 1 | Certified Copy of the Superseding Indictment | | | | 6/14/2019 |
| | | 2 | Final Jury Instructions | | | | 6/14/2019 |
| | | 3 | Note from Jury | | | | 6/14/2019 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |