# UNITED STATES DISTRICT COURT

District of Maine

## Witness List

| | | |
|---|---|---|
| Case Name: USA v. Abdirashid Ahmed<br>Case No.: 2:18-cr-00062-JDL | | Proceeding Type:<br>Sentencing |
| Presiding Judge:<br>Jon D. Levy, Chief U.S. District Judge<br>Courtroom Deputy: Amy Spencer<br>Court Reporter: Lori Dunbar | Government's Attorney:<br>Daniel J. Perry, AUSA<br>Patricia K. Poulin, Esq. | Defendant's Attorney:<br>Peter E. Rodway, Esq.<br>Daniel D. Dube, Esq. |

| Gvt | Dft | Date | **WITNESS** |
|---|---|---|---|
| | X | 7/16/2021 | Fartum Ahmed |
| X | | 7/16/2021 | William Logan |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |