# United States Court of Appeals
## For the First Circuit

No. 21-1583

UNITED STATES OF AMERICA,

Appellee,

v.

ABDIRASHID AHMED,

Defendant, Appellant.

**JUDGMENT**

Entered: October 12, 2022

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Abdirashid Ahmed's sentence is affirmed, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

Maria R. Hamilton, Clerk

cc:  Hon. Jon David Levy, Christa Berry, Clerk, United States District Court for the District of Maine, Daniel J. Perry, Benjamin M. Block, Lindsay Feinberg, Peter Earl Rodway, Daniel D. Dube, ME Department of Health & Human Services